**SELECT EXPORT CORP.,**
**Plaintiff–Appellant,**

v.

**JACK RICHESON & CO., Trident Industria de Precisao Ltd., Jerry's Artarama N.C., Inc., Utrecht Manufacturing Corp., and David Schwartz, Defendants–Appellees.**

No. 2012–1122.

United States Court of Appeals, Federal Circuit.

Feb. 21, 2012.

---

## ORDER

Appellant having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Blue brief of appellant due 4/23/12.